IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TIARE TECHNOLOGY, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 2:22-cv-0016 |
| YADAV ENTERPRISES, INC., YTC ENTERPRISES, LLC, | |
| Defendants. | |

## AFFIDAVIT OF RICHARD PAWLOWSKI

I, Richard Pawlowski, am over the age of eighteen and understand the obligations of an oath. Being duly sworn, I hereby state the following:

1. I am the Chief Financial Officer of Yadav Enterprises, Inc. (the "Company"). I became employed in this capacity in September 2018 and have managed the Company's finances and maintained its active status with the State of California since that time. I am competent to testify to the matters contained herein.

2. I am a resident of the San Francisco Bay Area in California and have been for the past approximately nine (9) years.

3. The Company incorporated in California in 2008 and has always operated in and had its principal place of business located in Fremont, California.

4. The Company's business involves performing "back end" administrative and corporate finance work for clients.

5. The Company does not maintain any places of business within the State of Texas, nor does the Company own or operate any stores within the State of Texas. Furthermore, the Company does not own or operate the Taco Cabana website.

6. The Company does not sell any products.

7. The Company does not sell any services within the State of Texas.

8. The Company does not sell the Taco Cabana application as such term is defined in the Complaint.

9. The Company does not distribute the Accused Products as such term is defined in the Complaint. The Company does not provide mobile ordering as any of its services.

10. The Company did not purchase Taco Cabana and does not own Taco Cabana.

11. The Company is not licensed to do business in Texas, does not have a Texas Taxpayer Number, and does not have a registered agent in Texas.

SIGNED UNDER PENALTY OF PERJURY

*[signature]*

Richard Pawlowski
3550 Mowry Avenue, Suite 301
Fremont, CA 94538
(510) 792-3393 (p)

Subscribed and sworn to before me this 12th day of April, 2022.

*[signature]*
Notary Public

Printed Name: BERNARDITA FABRE                    [SEAL]

BERNARDITA FABRE
Notary Public - California
Alameda County
Commission # 2383845
My Comm. Expires Dec 17, 2025