**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **TIARE TECHNOLOGY, INC.,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | **Civil Action No. 2:22-cv-0016-JRG-RSP** |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **YADAV ENTERPRISES, INC., YTC ENTERPRISES, LLC, and TACO CABANA, INC.** | § § § | |
| | § | |
| ***Defendants.*** | § | |

**TIARE TECHNOLOGY, INC. AND DEFENDANTS YADAV ENTERPRISES, INC., YTC ENTERPRISES, LLC JOINT MOTION TO DISMISS YADAV AND YTC WITHOUT PREJUDICE PURSUANT TO RULE 41(A)(2)**

Tiare Technology, Inc. ("Tiare") and Defendants Yadav Enterprises, Inc. ("Yadav") and YTD Enterprises, LLC ( "YTC") jointly move to dismiss all claims between Tiare and Yadav and Tiare and YTC without prejudice pursuant to a stipulation pursuant to Federal Rule 41(a)(2). Under the stipulation, Taco Cabana, Inc. (who has been joined as a Defendant) is the proper party to this case and this Motion does not affect Tiare's claims against Taco Cabana, Inc. Each party agrees to bear its own costs and fees. This Joint Motion also moots Yadav's Motion to Dismiss (Dkt. 9) and YTC's Motion to Dismiss (Dkt. 10).

| | |
|---|---|
| Dated: June 10, 2022<br><br>By: /s/ Christian J. Hurt<br>William E. Davis, III<br>Texas State Bar No. 24047416<br>bdavis@davisfirm.com<br><br>Christian J. Hurt<br>Texas State Bar No. 24059987<br>churt@davisfirm.com | Respectfully submitted,<br><br>By: /s/ Jennifer L. Gordon (with permission)<br>Jennifer L. Gordon, Lead Attorney<br>Lorium Law<br>180 N. LaSalle Street, Ste. 3700<br>Chicago, IL 60601<br>Telephone: (312)564-5757<br>Facsimile: (312-564-5758<br>Email: jgordon@loriumlaw.com |

| | |
|---|---|
| Ty Wilson<br>Texas State Bar No. 24106583<br>twilson@davisfirm.com<br><br>**THE DAVIS FIRM PC**<br>213 N. Fredonia Street, Suite 230<br>Longview, Texas 75601<br>Telephone: (903) 230-9090<br>Facsimile: (903) 230-9661<br><br>Attorneys for Plaintiff<br>Tiare Technology, Inc. | Jennifer Parker Ainsworth<br>Texas State Bar No. 00784720<br>**WILSON, ROBERTSON & CORNELIUS, P.C.**<br>909 ESE Loop 323, Suite 400<br>Tyler, Texas 75701<br>Telephone: (903) 509-5000<br>Facsimile: (903) 509-5092<br>jainsworth@wilsonlawfirm.com<br><br>Attorneys for Defendants,<br>Yadav Enterprises, Inc. YTC Enterprises, LLC, and Taco Cabana, Inc. |

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document is being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served this June 10, 2022, on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

                                           /s/ Christian J. Hurt
                                           Christian J. Hurt