AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| Tiare Technology, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:22−cv−00016−JRG−RSP |
| Taco Cabana, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bottle Rocket, LLC                                                                                          .

Date:     07/26/2022

*/s/ Michael A. Albert*
*Attorney's signature*

Michael A. Albert (Mass BBO #558566)
*Printed name and bar number*

Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
*Address*

malbert@wolfgreenfield.com
*E-mail address*

(617) 646-8000
*Telephone number*

(617) 646-8646
*FAX number*

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF).  Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

*/s/ Michael A. Albert*
Michael A. Albert